# United States Court of Appeals

## For the Eighth Circuit

_____

No. 21-1214

_____

Wyatt Puckett; Robert Pauli,

*Plaintiffs - Appellants*,

v.

Saint Louis County, Missouri; Police Officer Desree Dickerson, P.O., DSN 4151;
Shoni Brevik, Detective,

*Defendants - Appellees*.

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: August 6, 2021
Filed: August 12, 2021
[Unpublished]

_____

Before COLLOTON, GRUENDER, and KOBES, Circuit Judges.

_____

PER CURIAM.

Wyatt Puckett and Robert Pauli appeal an order of the district court[1] granting summary judgment for the defendants in their action under 42 U.S.C. § 1983.

_____

[1]The Honorable Stephen R. Clark, United States District Judge for the Eastern District of Missouri.

Following a careful de novo review, we conclude that the district court did not err in granting summary judgment. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____